THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HERMAN W. HOSIER, Appellant.

Submitted January 14, 1947; decided February 27, 1947.

*Benjamin M. Goldstein* and *Carl P. Goldstein* for appellant.

*Benjamin Newberg, District Attorney* (*Madeline J. Cox* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.